UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                 §
                                       §
MADELINE RUIZ                          §      Case No. 09-28181
                                       §
           Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

       Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

       The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    219 S. Dearborn Street
                    Chicago, IL  60604

       Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/30/15 in Courtroom 240,

                    Old Kane County Courthouse
                    100 S. Third Street
                    Geneva, Illinois 60134

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____        By: _____


DAVID R. BROWN
Springer Brown, LLC
400 South County Farm Road
Suite 330
Wheaton, IL  60187


UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MADELINE RUIZ                       §    Case No. 09-28181
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 191,540.38 |
| and approved disbursements of | $ | 111,313.98 |
| leaving a balance on hand of[1] | $ | 80,226.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 8,783.75 | $ 0.00 | $ 8,783.75 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 2,752.00 | $ 0.00 | $ 2,752.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 11,535.75 |
| Remaining Balance | $ 68,690.65 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,755.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | $ 110.55 | $ 0.00 | $ 110.55 |
| 2 | Jefferson Capital Systems Llc | $ 2,644.69 | $ 0.00 | $ 2,644.69 |

Total to be paid to timely general unsecured creditors  $  2,755.24

Remaining Balance  $  65,935.41

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 69.97 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 65,865.44 .

Prepared By: /s/ David R. Brown
                              Trustee

*DAVID R. BROWN*
*Springer Brown, LLC*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL  60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-28181-DRC
Madeline Ruiz                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: arodarte              Page 1 of 2              Date Rcvd: Jan 09, 2015
                               Form ID: pdf006             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2015.
db            #+Madeline Ruiz,    12 S. Joyce Lane,    Addison, IL 60101-3908
14261961       +Aspire/cb&t,    Po Box 105555,    Atlanta, GA 30348-5555
14261963      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Childrens Place,    Attn.:   Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
14261964       +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
                 Simi Valley, CA 93062-5170
14261960       +Fifth Third Bank Cc,    38 Fountain Square,    Cincinnati, OH 45263-0001
14261967       +Gco Education Lo,    Po Box 6004,    Ridgeland, MS 39158-6004
14261971       +Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
14261972        Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,    Greenville, SC 29603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14261962       +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jan 10 2015 01:28:37      Capital One Auto Finance,   3901 N Dallas Pkwy,    Plano, TX 75093-7864
14261966       +E-mail/Text: collectionbankruptcies.bancorp@53.com Jan 10 2015 01:28:23      Fifth Third Bank,
                 C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,    Grand Rapids, MI 49546-6210
14261968       +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2015 01:33:01      Gemb/walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
14261969       +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2015 01:30:39      Gemb/walmart Dc,
                 Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14261970        E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Jan 10 2015 01:27:45
                 Jefferson Capital Syst,   16 Mcleland Rd,    Saint Cloud, MN 56303
22055134        E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Jan 10 2015 01:27:45
                 Jefferson Capital Systems LLC,    Purchased From Compucredit Corporation,    Po Box 7999,
                 Saint Cloud Mn 56302-9617,    Orig By: Aspire Visa
22052469       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2015 01:30:40
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14261965     ##+Elsa Guzman,   12 S Joyce Lane,   Addison, IL 60101-3908
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2015 at the address(es) listed below:
              David  Brown, ESQ   on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David  Brown, ESQ   on behalf of Attorney Springer  Brown dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com

```
District/off: 0752-1           User: arodarte              Page 2 of 2                  Date Rcvd: Jan 09, 2015
                               Form ID: pdf006             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        John P Carlin    on behalf of Debtor Madeline  Ruiz jcarlin@changandcarlin.com, changcarlin@iamthewolf.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Roman   Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov

                                                                                                                                                               TOTAL: 6