David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:  RUIZ, MADELINE            §   Case No. 09-28181-DRC
                                          §
                                          §
Debtor(s)                                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $84,700.00  *(without deducting any secured claims)* | Assets Exempt: $2,200.00 |
| Total Distribution to Claimants: $2,825.21 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $11,987.90 | |

    3)  Total gross receipts of $     95,678.55     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    80,865.44   (see **Exhibit 2**), yielded net receipts of $14,813.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,987.90 | 11,987.90 | 11,987.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,758.05 | 2,758.05 | 2,825.21 |
| **TOTAL DISBURSEMENTS** | $0.00 | $14,745.95 | $14,745.95 | $14,813.11 |

    4) This case was originally filed under Chapter 7 on July 31, 2009. The case was pending for 79 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2016          By: /s/David R. Brown
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| special counsel compensation | 1110-000 | -95,861.83 |
| Products liability suit | 1249-000 | 191,540.38 |
| **TOTAL GROSS RECEIPTS** | | **$95,678.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Madeline Ruiz | exemption | 8100-000 | 15,000.00 |
| MADELINE RUIZ | Distribution of surplus funds to debtor. | 8200-000 | 65,865.44 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$80,865.44** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SPRINGER BROWN, LLC | 3110-000 | N/A | 2,752.00 | 2,752.00 | 2,752.00 |
| David R. Brown | 3120-000 | N/A | 0.00 | 0.00 | 0.00 |
| David R. Brown | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| DAVID R. BROWN | 2100-000 | N/A | 8,783.75 | 8,783.75 | 8,783.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 192.85 | 192.85 | 192.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 143.70 | 143.70 | 143.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 115.60 | 115.60 | 115.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,987.90 | $11,987.90 | $11,987.90 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Jefferson Capital Systems Llc | 7100-000 | N/A | 2,644.69 | 2,644.69 | 2,711.85 |
| | Pyod, Llc Its Successors And Assign | 7990-000 | N/A | 113.36 | 113.36 | 113.36 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,758.05 | $2,758.05 | $2,825.21 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-28181-DRC  
**Case Name:** RUIZ, MADELINE  

**Period Ending:** 02/19/16

**Trustee:**    (330580)    David R. Brown  
**Filed (f) or Converted (c):** 07/31/09 (f)  
**§341(a) Meeting Date:** 09/08/09  
**Claims Bar Date:** 06/25/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Single family home located at 12 S Joyce Lane, A | 64,950.00 | 0.00 | | 0.00 | FA |
| 2 | Bank accounts | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | wearing apparel | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 6 | 2008 Chevy Equinoz | 17,400.00 | 0.00 | | 0.00 | FA |
| 7 | Products liability suit  (u) | Unknown | Unknown | | 191,540.38 | FA |
| 8 | Post-Petition Interest Deposits  (u) | Unknown | N/A | | 0.00 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$84,700.00** | **$0.00** | | **$191,540.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

Awaiting clearance of settlement check and then time for final report. [MSpringer 2014-10-03 16:29:16]

**Initial Projected Date Of Final Report (TFR):**    December 15, 2014         **Current Projected Date Of Final Report (TFR):**    January 8, 2015  (Actual)

Printed: 02/19/2016 10:43 AM    V.13.26

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-28181-DRC  
**Case Name:** RUIZ, MADELINE  

**Taxpayer ID #:** **-***1318  
**Period Ending:** 02/19/16  

**Trustee:** David R. Brown (330580)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******25-27 - Checking  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/14 | {7} | Robinson Calcagnie Robinson Shapiro | personal injury suit settlement | 1249-000 | 191,540.38 | | 191,540.38 |
| 09/23/14 | 1001 | Robinson Calcagnie Robinson Shapiro | special counsel compensation | 1110-000 | -95,861.83 | | 95,678.55 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 192.85 | 95,485.70 |
| 10/23/14 | 1002 | Madeline Ruiz | exemption | 8100-000 | | 15,000.00 | 80,485.70 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 143.70 | 80,342.00 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 115.60 | 80,226.40 |
| 02/04/15 | 1003 | DAVID R. BROWN | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | 8,783.75 | 71,442.65 |
| 02/04/15 | 1004 | SPRINGER BROWN, LLC | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | 2,752.00 | 68,690.65 |
| 02/04/15 | 1005 | Pyod, Llc Its Successors And Assign | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7990-000 | | 113.36 | 68,577.29 |
| 02/04/15 | 1006 | Jefferson Capital Systems Llc | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | 2,711.85 | 65,865.44 |
| 02/04/15 | 1007 | MADELINE RUIZ | Distribution of surplus funds to debtor. | 8200-000 | | 65,865.44 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 95,678.55 | 95,678.55 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 95,678.55 | 95,678.55 | |
| | | | Less: Payments to Debtors | | | 80,865.44 | |
| | | | **NET Receipts / Disbursements** | | **$95,678.55** | **$14,813.11** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******25-27** | 95,678.55 | 14,813.11 | 0.00 |
| | **$95,678.55** | **$14,813.11** | **$0.00** |

{} Asset reference(s)

Printed: 02/19/2016 10:43 AM    V.13.26